IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABS TRAVEL, INC., <br><br> Defendant. | Case No.: 1:19-cv-08854-VM |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 29, 2020

## DEFAULT JUDGMENT

The defendant ABS Travel, Inc. having failed to plead or otherwise defend in this action and its default having been entered;

Now, upon application of the plaintiff and declarations demonstrating that defendant owes plaintiff the sum of $32,132.96; that the defendant in this action is not an infant or incompetent person or in the military service of the United States, and that the plaintiff has incurred costs in the sum of $687.96.

It is hereby **ORDERED, ADJUDGED AND DECREED** that plaintiff recover from the defendant ABS Travel, Inc. the sum of $32,132.96, with post judgment interest as provided by 28 U.S.C. § 1961.

Dated: May 29, 2020

_____
Victor Marrero
U.S.D.J.

## **CERTIFICATE OF SERVICE**

      I, R. Terry Parker, hereby certify that I caused the foregoing document to be served, and to be sent to the following by regular mail and email on the 28th day of May, 2020.

      ABS Travel Inc.
      421 7th Avenue, Suite 1211
      New York, NY 10001

      ABS Travel Inc.
      347 Fifth Avenue, Suite 707
      New York, NY 10016

      */s/ R. Terry Parker*
      R. Terry Parker